IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 NOV 13 P 3:51

CLERK'S OFFICE
AT GREENBELT

BY_____DEPUTY

|  |  |  |
|---|---|---|
| MIDAS INTERNATIONAL CORPORATION | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No: GJH 15-2240 |
| | * | |
| POULAH INVESTORS, LLC ET AL | * | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

A return of service has been filed reflecting that service of process has been effected upon Poulah Investors, LLC and that defendant(s) has/have not yet filed any response to the Complaint.

Accordingly, it is, this ___13th___ day of ___November___, 20_15_,

ORDERED that plaintiff(s) file and serve by mail on the above named defendant(s) a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 30 days of this order.

_____
George Jarrod Hazel
United States District Judge