IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

FILED ——— ENTERED
LOGGED —— RECEIVED

JUN 1 **6** 2017

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| **MIDAS INTERNATIONAL CORPORATION,** | * | |
| | | |
| **Plaintiff,** | * | |
| **v.** | | **Case No.: GJH-15-2240** |
| | * | |
| **POULAH INVESTORS, LLC, *et al.,*** | | |
| | * | |
| **Defendants.** | | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ordered
by the United States District Court for the District of Maryland that:

1. Plaintiff's Motion for Attorneys' Fees and Costs, ECF No. 58, is GRANTED against
   Defendants Poulah Investors, LLC, Clovis Djeutcha, Atanis Kadjemse, and Martin
   Tegangtchouang, jointly and severally, in the amount of $30,020.00 in attorneys' fees and
   the $1,011.30 in costs, previously taxed in favor of Plaintiff by the Clerk of Court;

2. Post-judgment interest will accrue at the statutory rate set forth at 28 U.S.C. § 1961;

3. All remaining claims are dismissed; and

4. The Clerk shall CLOSE the case.

Dated: June 1**4**, 2017

_____
GEORGE J. HAZEL
United States District Judge